UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA L. D'ISIDORO and ROBERT J. D'ISIDORO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | Civil Action No. 08-11509 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Sandra L. D'Isidoro and Robert J. D'Isidoro ("Plaintiffs") and defendant Wells Fargo Home Mortgage hereby jointly stipulate to the dismissal of Plaintiffs' Complaint and above-captioned action in its entirety ***with prejudice***, without costs and fees, and waiving all rights of appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SANDRA L. D'ISIDORO and ROBERT J. D'ISIDORO | WELLS FARGO HOME MORTGAGE |
| By their attorney, | By its attorney, |
| /s/ Donald L. Becker | /s/ Brook L. Ames |
| Donald L. Becker (BBO #034960) | Brook L. Ames (BBO #664082) |
| dlbesq02478@yahoo.com | bames@goodwinrprocter.com |
| 464 Common Street | GOODWIN PROCTER LLP |
| Suite 122 | Exchange Place |
| Belmont, MA  02478 | 53 State Street |
| T:  617.484.5656 | Boston, Massachusetts 02109 |
| F:  617.489.2486 | T:  617.570.1000 |
|  | F:  617.523.1231 |
| Dated:  October 1, 2010 | Dated:  October 1, 2010 |

**CERTIFICATE OF SERVICE**

I, Brook L. Ames, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2010.

/s/ Brook L. Ames