UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA L. D'ISIDORO and
ROBERT J. D'ISIDORO,
         Plaintiffs,

v.                                            CIVIL ACTION NO.
                                              08-11509-MBB

WELLS FARGO HOME MORTGAGE,
         Defendant.

## FINAL JUDGMENT

## OCTOBER 4, 2010

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby

**ORDERED** and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge